# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ELVIN TYRONE JOEL SCOTT                                                                    PLAINTIFF

v.                                           3:14CV00309-JTK

JOEY MARTIN                                                                                DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 20th day of November, 2015.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE